JS 45  (5/97) - (Revised U.S.D.C. MA

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Methuen

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   25-MJ-8421, 8422, 8425 to 8428-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____   ☐ Yes  ☑ No

Defendant Name   JOSE VASQUEZ LANTIGUA   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address:   Methuen MA

Birth date (Yr only): 1978   SSN (last 4#): 7243   Sex: M   Race Hispanic   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Philip A. Mallard   Bar Number if applicable: 679138

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Essex County HOC

**Arrest Date:** 8/28//2025

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Essex County HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/15/2025   Signature of AUSA: *Philip A. Mallard*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE VASQUEZ LANTIGUA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute, and Posess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | 21 USC § 841(a)(1) | Manufacture of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute or Manufacture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**